# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Venitia Hollins, Individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br><br> v. <br><br> Regency Corporation and Hayes Batson, <br><br> Defendant(s). | Case No. 13 C 07686 <br> Judge John J. Tharp |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

  which ☐ includes      pre–judgment interest.
  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Regency Corporation and Hayes Batson,
and against plaintiff(s) Venitia Hollins.

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge John J. Tharp presiding, and the jury has rendered a verdict.
☐ tried by Judge John J. Tharp without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion for summary judgment.


Date: 10/27/2015              Thomas G. Bruton, Clerk of Court

                              Alberta Rone, Deputy Clerk